[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-13897
Non-Argument Calendar
_____

D.C. Docket No. 5:17-cr-00117-RDP-SGC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO GABRIEL MITCHELL,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(April 22, 2020)

Before ED CARNES, Chief Judge, JORDAN, and NEWSOM, Circuit Judges.

PER CURIAM:

Perry Russell Steen, appointed counsel for Antonio Mitchell in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit.  Counsel has filed a brief

pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mitchell's conviction and sentence are **AFFIRMED**.